PRISONER CASE



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet



**FILED**
APR 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 17 2008

**Plaintiff(s):** JOHN MEBUST

**Defendant(s):** UNITED STATES OF AMERICA

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
John Mebust
3032 West Belden Ave.
Chicago, IL 60647
(773) 723-7315

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08cv2202
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1355

**Jury Demand:** ☐ Yes ☑ No

**Signature:** *A. E. Woodham*  **Date:** 04/17/2008

Gottschall
needs Mag. Jd.

93 CR 436