# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2202 | **DATE** | MAY 05 2008 |
| **CASE TITLE** | John Mebust v. United States of America | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order either to file an *in forma pauperis* application on the enclosed form with the information required by § 1915(a)(1) or to pay the full $39.00 filing fee. The Clerk is directed to send Petitioner an *in forma pauperis* application along with a copy of this order. If Petitioner does not comply with this order within 30 days of the date of this order, this action will be dismissed without prejudice.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

    Although the Clerk has accepted this *pro se* motion for return of seized property for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, Petitioner has neither paid the $ 39.00 filing fee nor filed a petition for leave to file *in forma pauperis*.

    If Petitioner wishes to proceed with this motion *in forma pauperis* he must file an *in forma pauperis* application on the form required by the rules of this Court or pay the full filing fee of $39.00. If Petitioner does not comply with this order within 30 days of the date of this order, this action will be dismissed without prejudice.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|