

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2202 | DATE | JUL 0 8 2008 |
| CASE TITLE | John Mebust v. United States of America | | |

**DOCKET ENTRY TEXT:**

On 5/5/08 the Court ordered Plaintiff either to file an *in forma pauperis* application with the information required by 1915(a)(2) or to pay the full $39.00 filing fee as required for the filing of miscellaneous motions pursuant to the District Court miscellaneous fee schedule, issued by the Judicial Conference 28 U.S.C. §1914. Plaintiff has failed to comply with this order. Accordingly, this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b).

Docketing to mail notices.

FILED
2008 JUL -8 AM 9: 12
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CLH |
|---|---|---|